## Entler *v.* Entler, Appellant.

Argued June 14, 1968. *W. F. Steigerwalt,* with him *John F. Stine, Jr.,* for appellant; *Gerald I. Roth,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## First National Bank of Nicholson *v.* Lance (et al., Appellant).

Argued June 12, 1968. *Eugene F. Smith,* with him *R. Carl Griffith,* for appellant; *A. Emerson Howell,* for appellee.

Judgment affirmed.